### ORANGE & N. W. RY. CO. et al. v. FAIRCHILDS. (No. 886.)

(Court of Civil Appeals of Texas. Beaumont. April 6, 1920.)

Error from District Court, Orange County; W. T. Davis, Judge.

Action by Ed Fairchilds against the Orange & Northwestern Railway Company and others. Judgment for plaintiff, and defendants bring error. On motion for order directing clerk to file transcript and statement of facts. Motion denied.

Andrews, Streetman, Logue & Mobley, of Houston, and Holland & Holland, of Orange, for plaintiffs in error.

Smith & Crawford, of Beaumont, and John Hancock, of Thurber, for defendant in error.

HIGHTOWER, C. J. This is a motion filed in this court on February 25, 1920, praying for an order directing the clerk of this court to file a transcript and statement of facts. The motion is denied, and ordered dismissed for the reasons stated in disposing of motion No. 885, Orange & Northwestern Railway Co. et al. v. Leroy Pruter, 220 S. W. 797, this day disposed of.